# EXHIBIT A



**NUMBER:** 03-001-15

**GROUP:** Differential & Driveline

**DATE:** May 30, 2015

*This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.*

**THIS SERVICE BULLETIN IS ALSO BEING RELEASED AS RAPID RESPONSE TRANSMITTAL (RRT) 15-061. ALL APPLICABLE UN-SOLD RRT VIN's HAVE BEEN LOADED. TO VERIFY THAT THIS RRT SERVICE ACTION IS APPLICABLE TO THE UN-SOLD VEHICLE, USE VIP OR PERFORM A VIN SEARCH IN TECHCONNECT. FOR VEHICLES NOT INCLUDED IN THE RRT VIN LIST, APPLICATION OF THIS SERVICE BULLETIN TO SOLD UNITS IS BASED UPON THE CUSTOMER EXPERIENCING THE SYMPTOM/CONDITIONS. ALL REPAIRS ARE REIMBURSABLE WITHIN THE PROVISIONS OF WARRANTY.**

### *SUBJECT:*
Rear Half Shaft Vibration

### *OVERVIEW:*
This bulletin involves replacing both rear halfshafts.

### *MODELS:*

| | | |
|---|---|---|
| 2015 | (LX) | Chrysler 300 |
| 2015 | (LD) | Dodge Charger |
| 2015 | (LA) | Dodge Challenger |

**NOTE: This bulletin applies to both AWD and RWD vehicles built on or after November 5, 2014 (MDH 1105XX) and on or before December 9, 2014 (MDH 1209XX).**

### *SYMPTOM/CONDITION:*
A small number of customers may experience a slight noise of vibration from the rear of the vehicle. Upon further investigation, the concern may be narrowed down to the rear axle.

### *DIAGNOSIS:*
Using a Scan Tool (wiTECH) with the appropriate Diagnostic Procedures available in TechCONNECT, verify all vehicle systems are functioning as designed. If DTCs or symptom conditions, other than the ones listed above are present, record the issues on the repair order and repair as necessary before proceeding further with this bulletin.

If a vehicle's VIN is listed in VIP or your RRT VIN list, perform the repair. For all other customers that describe the symptom/condition listed above, perform the Repair Procedure.

## PARTS REQUIRED:

| Qty. | Part No. | Description |
|---|---|---|
| 2 (AR) | 52123952AC | Half Shaft, Rear (RWD vehicles only) |
| 2 (AR) | 52123958AD | Half Shaft, Rear (AWD vehicles only) |
| 2 (AR) | 06511558AA | Nut, Rear Hub |
| 1 (AR) | 68232947AA | Axle Fluid, Rear |
| (AR) | 04318032 | Loctite Thread Adhesive |

## SPECIAL TOOLS/EQUIPMENT REQUIRED:

| 10270 | Protector, Half Shaft, Drive |
|---|---|

## REPAIR PROCEDURE:

1. Replace both rear half shafts. Refer to detailed repair instructions in DealerConnect/TechConnect Service Information Section 02 - Differential and Driveline> Half Shaft> Removal/Installation.

## POLICY:
Reimbursable within the provisions of the warranty.

## TIME ALLOWANCE:

| Labor Operation No: | Description | Skill Category | Amount |
|---|---|---|---|
| 03-20-03-92 | Half Shaft, Rear Left and Right Side - Inspect<br>(2 - Skilled) | 3 - Driveline | 0.2 Hrs. |
| 03-20-03-93 | Half Shaft, Rear Left and Right Side - Inspect and Replace<br>(2 - Skilled) | 3 - Driveline | 1.5 Hrs. |

## FAILURE CODE:

| ZZ | Service Action |
|---|---|