# EXHIBIT B



**NUMBER:** 03-001-15 REV. A

**GROUP:** Differential & Driveline

**DATE:** July 18, 2015

*This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.*

**THIS BULLETIN SUPERSEDES SERVICE BULLETIN 03-001-15, DATED May 30, 2015, WHICH SHOULD BE REMOVED FROM YOUR FILES. ALL REVISIONS ARE HIGHLIGHTED WITH \*\*ASTERISKS\*\* AND INCLUDE REVISED SYMPTOM/CONDITION, ADDING AN ADDITIONAL AXLE SHAFT PART NUMBER TO THE PARTS REQUIRED SECTION, AND DATE CODE INSPECTION STEPS.**

**THIS SERVICE BULLETIN IS ALSO BEING RELEASED AS RAPID RESPONSE TRANSMITTAL (RRT) 15-061. ALL APPLICABLE UN-SOLD RRT VIN's HAVE BEEN LOADED. TO VERIFY THAT THIS RRT SERVICE ACTION IS APPLICABLE TO THE UN-SOLD VEHICLE, USE VIP OR PERFORM A VIN SEARCH IN TECHCONNECT. FOR VEHICLES NOT INCLUDED IN THE RRT VIN LIST, APPLICATION OF THIS SERVICE BULLETIN TO SOLD UNITS IS BASED UPON THE CUSTOMER EXPERIENCING THE SYMPTOM/CONDITIONS. ALL REPAIRS ARE REIMBURSABLE WITHIN THE PROVISIONS OF WARRANTY.**

### *SUBJECT:*
Rear Half Shaft Vibration

### *OVERVIEW:*
This bulletin involves replacing both rear halfshafts.

### *MODELS:*

| | | |
|---|---|---|
| 2015 | (LX) | Chrysler 300 |
| 2015 | (LD) | Dodge Charger |
| 2015 | (LA) | Dodge Challenger |

**NOTE: This bulletin applies to both AWD and RWD vehicles built on or after November 5, 2014 (MDH 1105XX) and on or before December 9, 2014 (MDH 1209XX).**

### *SYMPTOM/CONDITION:*
\*\*Customers may experience a slight shake/vibration felt in the seat and/or floor, generated from the rear of the vehicle. Condition is most noticeable on very smooth roads, at steady-state cruising speeds 50-80 mph (80-130 kph). Upon further investigation, the concern may be narrowed down to the rear axle shafts.\*\*

### DIAGNOSIS:

If a vehicle's VIN is listed in VIP or your RRT VIN list, perform the repair. For all other customers that describe the symptom/condition listed above, perform the Repair Procedure.

### PARTS REQUIRED:

| Qty. | Part No. | Description |
|---|---|---|
| 2 (AR) | 52123952AC | Half Shaft, Rear<br>2.62 Rear Axle Ratio (Sales Code DLL)<br>(RWD vehicles only) |
| **2 (AR) | 68277002AB | Half Shaft, Rear<br>3.07 Rear Axle Ratio (Sales Code DMM)<br>(RWD vehicles only)** |
| 2 (AR) | 52123958AD | Half Shaft, Rear<br>(AWD vehicles only) |
| 2 (AR) | 06509598AA | Nut, Rear Hub |
| 1 (AR) | 68232947AA | Axle Fluid, Rear |
| (AR) | 04318032 | Loctite Thread Adhesive |

### SPECIAL TOOLS/EQUIPMENT REQUIRED:

| 10270 | Protector, Half Shaft, Drive |
|---|---|

### REPAIR PROCEDURE:

1. **Raise the vehicle and locate the axle shaft identification labels (1) (Fig. 1). Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 04 - Vehicle Quick Reference> Hoisting> Standard Procedure.**



**Fig. 1 Identification Label Location**

1 - Identification Labels

2. **Inspect the affected date code range (1) on both axle shaft identification labels (Fig. 2).**



**Fig. 2 Identification Label Information**

1 - Date Code Range

2 - Part Number

3. **Is the affected date code range any number between 3094 through 3384?

   a. YES>>> Continue with the Repair Procedure Step #4.
   b. NO>>> This bulletin has been completed, use LOP (03-20-03-92) to close the active RRT. If the customer described the symptom/condition listed above, normal diagnosis should be performed.**
4. Replace both rear half shafts. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 02 - Differential and Driveline> Half Shaft> Removal/Installation.

### *POLICY:*
Reimbursable within the provisions of the warranty.

### *TIME ALLOWANCE:*

| Labor Operation No: | Description | Skill Category | Amount |
|---|---|---|---|
| 03-20-03-92 | Half Shaft, Rear Left and Right Side - Inspect<br>(2 - Skilled) | 3 - Driveline | 0.2 Hrs. |
| 03-20-03-93 | Half Shaft, Rear Left and Right Side - Inspect and Replace<br>(2 - Skilled) | 3 - Driveline | 1.5 Hrs. |

### *FAILURE CODE:*

| ZZ | Service Action |
|---|---|