# EXHIBIT C



**NUMBER:** 03-004-16

**GROUP:** Differential & Driveline

**DATE:** June 24, 2016

*This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.*

## *SUBJECT:*

Inspect And Replace Propeller Shaft

## *OVERVIEW:*

This bulletin involves inspecting and replacing the propeller shaft due to a whining noise at high speeds.

## *MODELS:*

| | | |
|---|---|---|
| 2015 - 2016 | (LA) | Dodge Challenger |
| 2015 - 2016 | (LD) | Dodge Charger |
| 2015 - 2016 | (LX) | Chrysler 300 |

**NOTE: This bulletin applies to vehicles within the following markets/countries: NAFTA, LATAM, EMEA and APAC.**

**NOTE: This bulletin applies to LA vehicles built before October 15, 2015 (MDH 1015XX) and LD vehicles built before March 28, 2016 (MDH 0328XX) equipped with a 6.2L V8 Supercharged Engine (Sales Code ESD) and a 230 mm Rear Axle (Sales Code DR4) with a 2.62 or 3.70 Rear Axle Ratio (Sales Codes DLL or DLE) and a Anti-Spin Differential (Sales Code DSA).**

**NOTE: This bulletin applies to LA, LD and LX vehicles built before March 28, 2016 (MDH 0328XX) equipped with a 6.4L V8 SRT Hemi Engine (Sales Code ESG) or a 6.4L V8 SRT Hemi Engine (Sales Code ESH) and a 230 mm Rear Axle (Sales Code DR4) with a 3.09 or 3.90 Rear Axle Ratio (Sales Codes DPM or DMT) and a Anti-Spin Differential Rear Axle (Sales Code DSA).**

## *SYMPTOM/CONDITION:*

The customer or technician may hear a whining noise coming from the rear axle area.

## *DIAGNOSIS:*

**WARNING: Road test the vehicle obeying the legal speed limits. Failure to do so may result in injury or death to personnel.**

1. Perform a road test to verify noise. Can a noise be heard?
   a. YES >>> Continue to the Repair Procedure Step #1.
   b. NO >>> This bulletin does not apply. Further diagnosis should be performed.

## *PARTS REQUIRED:*

| Qty.   | Part No.   | Description                                                      |
|--------|------------|------------------------------------------------------------------|
| 1 (AR) | 68272626AB | Propeller Shaft - LA (ESG)                                       |
| 1 (AR) | 53010735AC | Propeller Shaft - LA (ESG or ESH)                                |
| 1 (AR) | 53010678AH | Propeller Shaft - LA (ESD)                                       |
| 1 (AR) | 53010693AG | Propeller Shaft - LD (ESD)                                       |
| 1 (AR) | 68277442AB | Propeller Shaft - LD or LX (ESG)                                 |
| 2      | 06101839   | Bolt And Coned Washer - Mounting, Center Bearing to Under Body   |

## *PROPELLER SHAFT PART NUMBER REFERENCE TABLE:*

| Description                        | Old Propeller Shaft Part No. | New Propeller Shaft Part No.     |
|------------------------------------|------------------------------|----------------------------------|
| Propeller Shaft - LA (ESG)         | 52123980AG                   | **68272626AB**                   |
| Propeller Shaft - LA (ESG or ESH)  | 53010735AB                   | **53010735AC**                   |
| Propeller Shaft - LA (ESD)         | 53010678AF                   | **53010678AH or 53010678AG**     |
| Propeller Shaft - LD (ESD)         | 53010693AE                   | **53010693AG or 53010693AF**     |
| Propeller Shaft - LD (ESG)         | 52123977AE                   | **68277442AB**                   |
| Propeller Shaft - LX (ESG)         | 52123977AE                   | **68277442AB**                   |

***REPAIR PROCEDURE:***

1. Raise and support the vehicle. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 04 - Vehicle Quick Reference/Hoisting/Standard Procedure.

**NOTE: The transmission may need to be put into the Neutral position in order to rotate the propeller shaft so that the part number label can be seen.**

**NOTE: The current propeller shaft part number must be recorded on the repair order.**

2. Inspect propeller shaft part number to see if propeller shaft has the updated part number (Fig. 1). Refer to the Propeller Shaft Part Number Reference Table in this bulletin. Does vehicle have the updated propeller shaft?
   a. YES >>> Further diagnosis should be performed.
   b. NO >>> Proceed to Step #3.



***Fig. 1 Example Of Propeller Shaft Part Number Label***

3. Replace the propeller shaft with the updated part number. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 03 - Differential and Driveline/Propeller Shaft/Removal/Installation.
4. Lower the vehicle.

## POLICY:

Reimbursable within the provisions of the warranty.

## TIME ALLOWANCE:

| Labor Operation No: | Description | Skill Category | Amount |
|---|---|---|---|
| 16-30-01-98 | Propeller Shaft - Inspect and Replace (Including Road Test) (1 - Semi-Skilled) | 3 - Driveline | 1.7 Hrs. |

## FAILURE CODE:

| ZZ | Service Action |
|---|---|