# EXHIBIT D



**NUMBER:** 03-008-16

**GROUP:** Differential & Driveline

**DATE:** December 23, 2016

*This bulletin is supplied as technical information only and is not an authorization for repair. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, or otherwise, without written permission of FCA US LLC.*

### SUBJECT:

Rear Axle Noise

### OVERVIEW:

This bulletin involves replacing the axle oil on Limited Slip Differentials (LSDs).

### MODELS:

| | | |
|---|---|---|
| 2015 - 2017 | (LA) | Dodge Challenger |
| 2015 - 2017 | (LD) | Dodge Charger |
| 2015 - 2017 | (LX) | Chrysler 300 |

**NOTE: This bulletin applies to vehicles within the following markets/countries: NAFTA and EMEA.**

**NOTE: This bulletin applies to vehicles equipped with a Anti-Spin Differential Rear Axle (Sales Code DSA).**

### SYMPTOM/CONDITION:

The customer or technician may hear axle groan/moan/rubbing/shudder noise coming from LSD during tight parking lot maneuvers.

### DIAGNOSIS:

1. Diagnosis of the issue involves performing sharp turning maneuvers (full steering lock one way, then opposite steering lock the other direction), low speed turns and equal to or less than 16 kph (10 mph).
2. Perform a road test to verify noise. Can a noise be heard?
   a. YES >>> Continue to the Repair Procedure Step #1.
   b. NO >>> This bulletin does not apply. Further diagnosis should be performed.

**PARTS REQUIRED:**

| Qty. | Part No. | Description |
|---|---|---|
| 1 (AR) | 68083381AA | LSD Axle Oil/Lubricant (NAFTA Market) |
| 1 (AR) | 68083381GA | LSD Axle Oil/Lubricant (International Markets) |

**REPAIR PROCEDURE:**

1. Raise and support the vehicle. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 04 - Vehicle Quick Reference/Hoisting/Standard Procedure.
2. Follow standard axle fluid drain/re-fill service procedure in TECHCONNECT. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT under: Service Info> 03 - Differential and Driveline> Rear Axle> Standard Procedure> Standard Procedure - Fluid Drain and Fill.
3. Lower the vehicle.

**NOTE: When releasing vehicle to the customer it is necessary to inform the customer that the vehicle will need to be driven approximately 160 to 240 kilometers (100 to 150 miles) to allow fluid to penetrate clutches in rear differential.**

**NOTE: The drive is necessary to allow rear axle fluid to work completely through the clutches.**

**POLICY:**

Reimbursable within the provisions of the warranty.

**TIME ALLOWANCE:**

| Labor Operation No: | Description | Skill Category | Amount |
|---|---|---|---|
| 03-00-02-96 | Verify Rear Axle Groan and Replace Axle Oil (1 - Semi-Skilled) | 3 - Driveline | 0.5 Hrs. |

**FAILURE CODE:**

| ZZ | Service Action |
|---|---|