# EXHIBIT E

9003655     03/15/2017     MY15, 16   LA, LD, LX     MY17   LD

## GPOP - Issue Review System

**Part Number:** 53010668A$, 05038703A$, 53010669A$, 68269917A$

**Part Description:** Rear Axle Assembly

**Issue Description:** If replacing Limited Spin Differential (LSD)/Anti-Spin Differential rear axles for any reason, the Mopar replacement axle will need the oil drained and re-filled with oil PN: 68083381AA (which contains updated friction modifier). This change was recently introduced in production to help address axle noise concerns being reported from the field while the vehicle is performing tight turning maneuvers. Failure to do so may result in a customer returning with noise complaints.~

***NOTE: If the Mopar replacement axle serial number is past the following dates below for the corresponding axle part numbers, DO NOT DRAIN AND REFILL. The replacement axle will already have new fluid:~

Axle Part#: 53010668XX – Serial # T03UG0047EXXXX
Axle Part#: 53010669XX – Serial # T03UG0047GXXXX
Axle Part#: 68269917XX – Serial # T03UG0037JXXXX
Axle Part#: 05038703XX – Serial # T03UG0047HXXXX

Otherwise, perform the following repair procedure in the order given:~
1. Follow standard rear axle installation procedure. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT
under: Service Info> 03 - Differential and Driveline> Rear Axle> Installation>Standard Procedure>Rear Axle
2. Follow standard axle fluid drain/re-fill service procedure in TECHCONNECT. Refer to the detailed service procedures available in DealerCONNECT> TechCONNECT
under: Service Info> 03 - Differential and Driveline> Rear Axle> Standard Procedure>Standard Procedure - Fluid Drain and Fill.~

~_____~
Contact Us at CAGRIS@Chrysler.com for feedback related ONLY to this GPOP Tech Tip. DO NOT email regarding repair procedures unrelated to this Tech Tip or part order inquires. Please include the Part Number (s) and Tech Tip Part Description of the Tech Tip you are referencing for our tracking system.